PROB 12C
(6/16)

Report Date: October 15, 2024

# United States District Court

### for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 15, 2024

SEAN F. McAVOY, CLERK

Name of Offender: Stephen Anthony Seymour          Case Number: 0980 2:19CR00189-MKD-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 22, 2020

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to an Intimate or Partner in Indian Country, 18 U.S.C. §§ 113 (a)(7), 1153 | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 4, 2024 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: October 3, 2027 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame. |
| 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision. |
| | **Supporting Evidence**: It is alleged Mr. Seymour is in violation of standard condition number 1 by failing to report to the U.S. Probation Office and meet with a U.S. probation officer as directed on October 10, 2024. |
| | Initially, Mr. Seymour was directed to report to the U.S. Probation Office on October 9, 2024, after his release from the Bureau of Prisons on October 4, 2024. Mr. Seymour advised the undersigned officer that he was unable to report on October 9, 2024, due to transportation issues. He was directed to report to the probation office the following day, October 10, 2024. |

Prob12C
Re: Seymour, Stephen Anthony
October 15, 2024
Page 2

Mr. Seymour reported to the U.S. Probation Office on October 10, 2024. He was directed to remain in the lobby until a probation officer could meet with him. Mr. Seymour chose to vacate the probation office without meeting with a probation officer. His whereabouts are unknown and it appears he has chosen to abscond from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 15, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

M. K. Dimke

Signature of Judicial Officer
10/15/2024
Date