PROB 12C
(6/16)

Report Date:  November 12, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of offender: Stephen Anthony Seymour            Case Number: 0980 2:19CR00189-MKD-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: October 22, 2020

| | |
|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to an Intimate or Partner in Indian Country, 18 U.S.C. §§ 113 (a)(7), 1153 |
| Original Sentence: | Prison - 60 months; TSR - 36 months |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: October 4, 2024 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 3, 2027 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/15/2024.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Seymour is in violation of mandatory condition number 1 by violating an order excluding Mr. Seymour from the Spokane Indian Reservation, on or around October 24, 2024. |
| | On October 24, 2024, Mr. Seymour was located and arrested on the Spokane Indian Reservation, violating an order excluding him from the reservation that was set into place after he failed to appear for his exclusion order hearing. Mr. Seymour was served the exclusion order paperwork prohibiting him from the Spokane Indian Reservation on February 15, 2022, while at Sheridan Federal Correction Center. |
| 4 | **Special Condition #1:** You must not communicate, or otherwise interact, with D.W., either directly or through someone else, without first obtaining the permission of the probation officer.  You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment. |

Prob12C
**Re: Seymour, Stephen Anthony**
**November 12, 2024**
**Page 2**

**Supporting Evidence:** It is alleged Mr. Seymour is in violation of special condition number 1 by having a physical interaction with D.W. at her residence, the victim in his underlying offense, on or around October 24, 2024.

According to the police report filed by the Spokane Tribal police, incident 24-0575, Spokane Tribal police went to the residence of D.W., located in Fruitland, Washington, to locate Mr. Seymour on his outstanding warrant. A Spokane Tribal officer observed Mr. Seymour standing outside the residence. An officer proceeded to the back of the residence with knowledge of Mr. Seymour fleeing from law enforcement. The victim, D.W., was present at the home and allowed law enforcement inside the residence.  D.W told officers Mr. Seymour was not in the home multiple times. Mr. Seymour was observed hiding in a closet. He was given verbal directives to show his hands, and Mr. Seymour did not move. Officers gained control of Mr. Seymour and stood him up on his feet and he was placed under arrest. At no time was Mr. Seymour given permission by the undersigned officer to have contact with his victim, D.W.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 12, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

m. k. Dimke

Signature of Judicial Officer

November 12, 2024

Date