PROB 12C
(6/16)

Report Date: October 7, 2025

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 07, 2025

SEAN F. McAVOY, CLERK

ECF No. 114

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephen Anthony Seymour | Case Number: 0980 2:19CR00189-RLP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane WA 99201 | |

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: October 22, 2020

| | | |
|---|---|---|
| Original Offense: | Assault Resulting in Substantial Bodily Injury to an Intimate or Partner in Indian Country, 18 U.S.C. §§ 113 (a)(7), 1153 | |
| Original Sentence: | Prison - 60 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (August 19, 2025) | Prison - Time Served<br>            (185 days)<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: September 8, 2025 |
| Defense Attorney: | Joel Anand Baumann | Date Supervision Expires: March 7, 2028 |

### PETITIONING THE COURT

To issue a **warrant**.

On August 19, 2025, a supervised release hearing was held and Mr. Seymour was made aware of his conditions of supervision.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 1**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: It is alleged Mr Seymour violated his conditions of supervised release by being unsuccessfully discharged from inpatient treatment at American Behavioral Health Services (ABHS) on or around October 1, 2025. |

Prob12C
**Re: Seymour, Stephen Anthony**
**October 7, 2025**
**Page 2**

On October 7, 2025, the undersigned officer was informed that Mr. Seymour aborted inpatient treatment at ABHS and was unsuccessfully discharged on October 1, 2025. His whereabouts are unknown and he appears to have absconded from supervision.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 7, 2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [x] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

October 7, 2025

Date