PROB 12C
(6/16)

Report Date: November 3, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 03, 2025

SEAN F. MCAVOY, CLERK

ECF No. 137

| | |
|---|---|
| Name of Offender: Stephen Anthony Seymour | Case Number: 0980 2:19CR00189-RLP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ | |
| Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge | |
| Date of Original Sentence: October 22, 2020 | |
| Original Offense: | Assault Resulting in Substantial Bodily Injury to an Intimate or Partner in Indian Country, 18 U.S.C. §§ 113 (a)(7), 1153 |
| Original Sentence: | Prison - 60 months; TSR - 36 |
| | Type of Supervision: Probation |
| Revocation Sentence: (August 19, 2025) | Prison - Time Served (185 days) TSR - 30 months |
| Asst. U.S. Attorney: | Michael Louis Vander Geissen |
| | Date Supervision Commenced: September 8, 2025 |
| Defense Attorney: | Nathan Poston |
| | Date Supervision Expires: May 7, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 7, and 9, 2025.

On August 19, 2025, a supervised release hearing was held and Mr. Seymour was made aware of his conditions of supervision.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Seymour violated his conditions of supervised release by committing the following offenses on or around October 6, 2025: First Degree Assault (3 counts), in violation of R.C.W. 9A.36.11, Drive By Shooting, in violation of R.C.W. 9A.36.045, Malicious Mischief, in violation of R.C.W. 9A.048.080, and Unlawful Possession of a Firearm, in violation of R.C.W. 9.41.040. |

Prob12C
Re: Seymour, Stephen Anthony
November 3, 2025
Page 2

The following is derived from a police report filed by the Spokane County Sheriff's Office, case number 2025-10142625.

On October 6, 2025, an individual was driving on East Dennison-Chattaroy Road taking his son to school at 0655 hours. He noticed a blue vehicle parked along the side of the road with a female sitting in the driver's seat of the vehicle. She was flailing her arms around inside the vehicle and kicking. She exited the vehicle and ran toward the individual's truck yelling for help. She opened the passenger door and jumped into his son's lap. The female yelled "go he is trying to kill me."

The individual heard two gunshots and the bullets hit his truck, shattering his back window. The male (later identified as Mr. Seymour) was standing outside the blue car when the shots were fired. The female did not want to call the police as she thought this would make matters worse. According to the female, a person she is connected to had "sent Mr. Seymour to jail," and since she was close to that person, he was going to kill her.

The female stated that the day prior (October 5, 2025), she picked up Mr. Seymour near downtown Spokane after recognizing him and asked him if he wanted a ride. They drove around for a while and Mr. Seymour got aggressive with her and held his right hand down near his waistline. She assumed he had a firearm, eventually leading up to the incident on October 6, 2025, where Mr. Seymour allegedly shot at her and the individual that picked her up on the side of the road. A Spokane County sheriffs deputy observed a bullet hole on the passenger side front door panel and another bullet hole was on the rear passenger side rear window frame. Deputies also located four spent shell casings from a 9mm at the scene of the shooting.

The vehicle Mr. Seymour used in the above incident was located in Stevens County, Washington, and was registered to the female who was victimized earlier by Mr. Seymour.

A search warrant was executed on the vehicle and property of Mr. Seymour was located inside. A cell phone, an empty cigarette pack, a gatorade bottle, and an EBT card in a duffle bag were seized and logged into evidence for DNA and fingerprint analysis.

A detective interviewed the female victim and she refused to provide a name of the suspect after saying she knew who the suspect was. When asked if it was Mr. Seymour, she refused to answer and asked for a lawyer and later hung up on the detective after being pressed further on the issue.

On October 27, 2025, the fingerprints pulled from the vehicle came back confirmed as Mr. Seymour's. Due to Mr. Seymour's fingerprints being on the passenger inside door handle and the exterior outside door handle, the detective has reasonable belief that Mr. Seymour was their suspect and developed probable cause for the aforementioned charges.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
Re: Seymour, Stephen Anthony
November 3, 2025
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 3, 2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

November 3, 2025

Date